IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:14-cv-20716-UU UNGARO/TORRES

YOHAN CABRERA, and all others
Similarly situated under 28 U.S.C. 216(b)

    Plaintiff,

v.

SPEED SERVICES, INC. and
JOHN M. HERNANDEZ,

    Defendants.
_____/

## DECLARATION OF JOHN M. HERNANDEZ IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS, OR IN THE ATLERNATIVE, FOR SUMMARY JUDGMENT, WITH INCORPORATED STATEMENT OF FACTS AND MEMORANDUM OF LAW

1. Pursuant to 28 U.S.C. §1746, I, JOHN M. HERNANDEZ, hereby declare and state under the penalty of perjury that the following declaration is true and correct. This declaration is based upon my direct and personal knowledge, and if called as a witness, I could and would testify competently thereto.

2. I am the President of Defendant, Speed Services, Inc. ("Speed Services"), a Florida corporation with its principal place of business in Miami, Florida.

3. Speed Services is a local company that performs facility maintenance services exclusively within Florida. Indeed, all of Speed Service's business is conducted in Miami-Dade County, Florida.

4. Speed Services does not produce any goods or provide any services outside of Florida and does not otherwise engage in interstate commerce or employ any employees engaged in interstate commerce.

1

5. Speed Service does not produce any goods at all given that it is strictly a service-oriented company.

6. Speed Service's employees perform labor work in the field in maintenance related activities and do not produce any materials or goods for use in interstate commerce.

7. All of the various products and materials that Speed Services used and that may have been used by Plaintiff, Yohan Cabrera ("Plaintiff"), and the other employees of Speed Services to carry out their services were purchased exclusively from local vendors, retailers, and/or distributors selling products in the local Miami-Dade County market.

8. Plaintiff was employed by Speed Services as a commercial maintenance man on and off from 2010 to 2014.

9. Plaintiff did not engage in any way in interstate commerce himself while employed by Speed Services. Plaintiff used products purchased locally at retail stores in Miami-Dade County, Florida.

10. Indeed, Plaintiff's duties were limited to facility maintenance jobs in Miami-Dade County, Florida.

11. In addition, Plaintiff never handled, produced, or purchased any products or supplies from any persons or entities located outside of the State of Florida.

12. Speed Services gross revenues for the year 2013 were far below $500,000 and are not expected to be equal to or greater than $500,000 for the year 2014.

**I HEREBY CERTIFY UNDER PENALTY OF PERJURY AND UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.**

Dated: April 3, 2014

_____
JOHN M. HERNANDEZ

2