UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-20716-CIV-GAYLES

YOJAN CABRERA and all others similarly )
situated under 29 U.S.C. 216(B), )
              )
    Plaintiff, )
 vs. )
              )
SPEED SERVICES, INC. )
SPEED CONSTRUCTION SERVICES, INC. )
JOHN M HERNANDEZ, )
              )
    Defendants. )
_____ )

## PLAINTIFF'S INTERIM STATUS REPORT[1]

Comes Now the Plaintiff, by and through undersigned counsel, and hereby files the Plaintiff's Interim Status Report and state as follows:

1. Have all the defendants been served and answered the complaint? If not, state the reasons for the failure to do so.

   **Response:** **Each of the Defendants has been served.**

2. If this is a class action, has a motion for class certification been filed? If so, what is its status?

   **Response:** **This is not a class action case.**

---

[1] [DE 18] requires the Parties to file a Joint Interim Status report within 90 days of the date of the Order. The undersigned has attempted to contact Defense counsel by e-mail with a draft of the report on August 4, 2014, and attempted to follow-up again via e-mail on August 5, 2014. As of the time of filing, Defense counsel has not responded to Plaintiff. In an attempt to comply with [DE 18], Plaintiff is filing the interim status report unilaterally.

3. If discovery is not closed, what is the parties' agreed upon plan for the completion of discovery by the deadline, including but not limited to the exchange of all relevant electronically stored information?

   **Response:** **Discovery is still on-going. Plaintiff moved for a new scheduling order to accommodate a new discovery deadline, which Defendants opposed. The Court has recently granted the motion and Plaintiff will be working with Defendants on the new proposed scheduling order.**

4. Are there any motions pending? If so, indicate the status of each motion separately?

   **Response: None.**

5. Have the parties filed their Notice of Selection of Mediator as required by the Court's Order of Referral to Mediator?

   **Response: Yes.**

6. Have the parties agreed to a place, date and time for mediation and has the lead attorney for the Plaintiff(s) completed the form Order Scheduling Mediation and submitted it to the Court? If not, state the reason(s) for the failure to do so.

   **Response: Yes.**

7. Have the parties engaged in informal settlement negotiations? If so, explain the extent of the negotiations. If not, explain the reason(s) for the failure to do so.

**Response:** **Parties are engaging in ongoing settlement discussions, but a resolution has not been reached.**

8. If the case is less than five days to try, have the parties conferred and have they agreed to trial before a U.S. Magistrate Judge, wherein a date certain for trial may be given?

   **Response:** **Parties have conferred, but an agreement has not been met presently.**

Respectfully submitted,

CHRISTOPHER COCHRAN, ESQ.
J.H. ZIDELL, P.A.
ATTORNEY FOR PLAINTIFF
300 71ST STREET, #605
MIAMI BEACH, FLA. 33141
PH: 305-865-6766
FAX: 305-865-7167
EMAIL: CNC02G@GMAIL.COM
F.B.N. 0084088
BY:__/s/_____Christopher Cochran_____
CHRISTOPHER COCHRAN, ESQ.

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS SENT VIA CM/ECF ON 8/6/14 TO:**

**LEON FRANCISCO HIRZEL , IV
HIRZEL & DREYFUSS, P.A.
333 SE 2ND STREET, SUITE 2000
MIAMI, FL 33131
(305) 615-1617
FAX: (305) 615-1585
EMAIL: LEON.HIRZEL@HIRZELDREYFUSS.COM**

**BY:  /s/    Christopher Cochran
CHRISTOPHER COCHRAN, ESQ.**