UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 14-CV-20716-TURNOFF

YOJAN CABRERA, and all others
similarly situated under 29 U.S.C.
§ 216(B),

    Plaintiff(s),

vs.

**CONSENT**

SPEED SERVICES, INC.,
SPEED CONSTRUCTION SERVICES, INC.,
and JOHN M. HERNANDEZ,

    Defendants.
_____/

## ORDER FOLLOWING STATUS CONFERENCE

**THIS CAUSE** is before the Court upon a Status Conference held on December 18, 2014 (ECF No. 60), pursuant to an Order of Full Referral to the undersigned Magistrate Judge issued by the Honorable Darrin P. Gayles, United States District Judge for the Southern District of Florida. (ECF No. 56). Upon consideration of the case file and the parties' representations at the Status Conference, the undersigned pronounced his instructions in open court, which are incorporated by reference herein.

By the close of business on **Wednesday, December 24, 2014**, the parties are to submit a proposed joint scheduling order for the Court's consideration.

A review of the record shows that Plaintiff filed a Motion for Partial Summary Judgment that is pending before the Court. Defendant represented that a response thereto will be filed on or before December 22, 2014.

**DONE AND ORDERED** in Chambers, at Miami, Florida, this ___ day of December 2014.

                                                                                          **WILLIAM C. TURNOFF**
                                                                                        **United States Magistrate Judge**

cc: Hon. Darrin P. Gayles
     Counsel of record