IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| YOHAN CABRERA, and all others )<br>Similarly situated under 28 U.S.C. 216(b) )<br>   ) <br>   Plaintiff, ) <br>   ) <br>v.   ) <br>   ) <br>SPEED SERVICES, INC., ) <br>SPEED CONSTRUCTION ) <br>SERVICES, INC., ) <br>and ) <br>JOHN M. HERNANDEZ, ) <br>   ) <br>   Defendants. ) <br>_____) | CASE NO.: 1:14-cv-20716-UU |

**DEFENDANTS' RESPONSE TO PLAINTIFF'S STATEMENT OF MATERIAL FACTS
IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. 56 AND SDLR 56.1, Speed Services, Inc., Speed Construction Services, Inc., and John M. Hernandez (collectively, the "Defendants"), hereby submit their response to Plaintiff, Yohan Cabrera ("Plaintiff"), Statement of Material Facts (the "Statement") [DE 57], and states as follows:

1.   Partially disputed. Defendants dispute Plaintiff's conclusory assertion contained in its self-serving declaration that the products used by Defendants' employees originated or were manufactured outside the State of Florida. Defendants intend to cross-examine Plaintiff on this issue at trial.

2.   Undisputed.

3.   Undisputed.

4.   Undisputed.

5.   Undisputed.

1

6. Undisputed.

7. Undisputed.

8. Undisputed.

9. Undisputed.

10. Undisputed.

11. Undisputed.

12. Undisputed.

13. Undisputed.

14. Undisputed.

15. Undisputed.

16. Undisputed.

17. Undisputed.

18. Undisputed.

19. Undisputed.

20. Undisputed.

21. Undisputed.

22. Undisputed.

23. Undisputed.

24. Undisputed.

25. Undisputed.

26. Undisputed.

27. Undisputed.

28. Undisputed.

29. Undisputed.

30. Disputed solely as to the application of FLSA coverage. Defendants' dispute the temporal scope of Plaintiff's employment and reserve the right to present evidence at trial to refute this allegation.

Date: December 22, 2014                                    Respectfully submitted,

**Hirzel & Dreyfuss, P.A.**
Wells Fargo Center
333 S.E. 2nd Avenue, Suite 2000
Miami, Florida 33131
Tel: (305) 615 – 1617

By: \_\_/s/ Leon F. Hirzel_____
    Leon F. Hirzel
    Florida Bar No. 85966
    Leon.Hirzel@hirzel.dreyfuss.com
    Andre L. Dreyfuss
    Florida Bar No. 94868
    Andre.dreyfuss@hirzeldreyfuss.com

**CERTIFICATE OF SERVICE**

3

I hereby certify that on this 22nd day of December, 2014, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or by Regular U.S. Mail for those counsel who are not authorized to receive electronically Notices of Electronic Filing.

      /s/ Leon Hirzel

## SERVICE LIST

J.H. Zidell, Esq.
J.H. Zidell, P.A.
300 71st Street, Suite 605
Miami Beach, Florida 33141.