UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 14-CV-20716-TURNOFF

YOJAN CABRERA, and all others
similarly situated under 29 U.S.C.
§ 216(B),

    Plaintiff(s),

vs.

                             **CONSENT**

SPEED SERVICES, INC.,
SPEED CONSTRUCTION SERVICES, INC.,
and JOHN M. HERNANDEZ,

    Defendants.
_____/

## SCHEDULING ORDER

**May 25, 2015**     Proposed Joint Jury Instructions. Plaintiff shall file a single, joint set of proposed jury instructions and verdict forms, with a copy provided to the chambers of the undersigned Magistrate Judge via hand-delivery or facsimile. The joint jury instructions shall include, in the appropriate order, each instruction as to which the parties agree, and each contested instruction proposed by either party. Following each contested instruction, the opposing party shall state its objection and include a proposed alternative instruction, if one is sought. Contested jury instructions should include citation of legal authority by each party to support their position, including any applicable regulations contained in the Code of Federal Regulations.

**June 15, 2015**     Pretrial Stipulation. The joint pretrial stipulation shall be filed pursuant to the S.D. Fla. L.R. 16.1(E). In conjunction with the joint pretrial stipulation, the parties shall file their motions in limine.

**June 18, 2015**     Pretrial Conference at 2:00 p.m.

**June 22, 2015**     Trial at 9:30 a.m.

**DONE AND ORDERED** in Chambers, in Miami, Florida, on this 13th day of January 2015.

_____
**WILLIAM C. TURNOFF**
**UNITED STATES MAGISTRATE JUDGE**

cc: Hon. Darrin P. Gayles
    Counsel of record