UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-20716-CIV-TURNOFF

CONSENT CASE

YOJAN CABRERA *and all others similarly situated under 29 U.S.C. 216(B)*    )
)
)
Plaintiff    )
vs.    )
)
SPEED SERVICES, INC.    )
SPEED CONSTRUCTION SERVICES, INC.    )
JOHN M. HERNANDEZ    )
)
Defendants    )

PLAINTIFF'S NOTICE OF POTENTIAL
CALENDAR CONFLICT REGARDING TRIAL AVAILABILITY

**COME(S) NOW**, Plaintiff(s), by and through undersigned counsel, pursuant to S.D.L.R. 16.3, and file(s) this Notice of Calendar Conflict ("Notice") and state(s) as follows regarding the undersigned firm's trial calendar:

1. JIRON v. GAJOVA, INC ET AL., 13-21795, before Magistrate Simonton specially set to commence 6/15/15 (Order dated 8/25/14).

2. PEREZ v. ISLAND GRANITE ET AL., 14-10064, before Judge King set to commence 6/15/15 (Order dated 9/11/14).

3. CABRERA v. SPEED SERVICES INC. ET AL., 14-20716, before Magistrate Turnoff set to commence 6/22/15 (Order dated 1/13/15).

WHEREFORE, the Plaintiff(s) request(s) the Court to take notice of the aforementioned potential conflicts regarding the trial calendar.

**Respectfully submitted,**

**K. DAVID KELLY, ESQ.**
**J.H. ZIDELL, P.A.**
**ATTORNEY FOR PLAINTIFF**
**300 71ST STREET, #605**
**MIAMI BEACH, FL 33141**
**PH: 305-865-6766**
**FAX: 305-865-7167**
**EMAIL: DAVID.KELLY38@ROCKETMAIL.COM**
**F.B.N. 0123870**
**BY:_/s/__K. David Kelly_____**
**K. DAVID KELLY, ESQ.**

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS PROVIDED TO THE FOLLOWING ON 2/23/15:**

**ALL CM/ECF NOTICE RECIPIENTS**

**BY:_____/s/ K. David Kelly_____**
**K. DAVID KELLY, ESQ.**