UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-20716-CIV-TURNOFF

| | |
|---|---|
| YOJAN CABRERA *and all others similarly situated under 29 U.S.C. 216(B)* | ) ) ) |
| Plaintiff | ) |
| vs. | ) ) ) |
| SPEED SERVICES, INC. <br> SPEED CONSTRUCTION SERVICES, INC. <br> JOHN M. HERNANDEZ | ) ) ) ) |
| Defendants | ) ) |

**PLAINTIFF'S NOTICE OF FILING SUPPLEMENTAL PROPOSED JURY INSTRUCTIONS**

Plaintiffs, by and through their undersigned counsel, hereby notice the Court of the filing of Supplemental Jury Instructions in regard to travel time and state as follows:

1. Travel to and from the job site and is a relevant fact in this litigation.  Plaintiff proposes the attached jury instructions so that the jury may properly adjudicate the facts at issue in this litigation.

DATED August 28, 2015                    Respectfully Submitted,


    __/s/Elizabeth O. Hueber__
Elizabeth O. Hueber, Esq.
Fla. Bar No. 0073061
J.H. Zidell, P.A.
Attorney for Plaintiff
300 71st Street #605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865 – 7167


## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2015, I electronically filed the above with the Clerk of Court using the CM/ECF.

    __/s/Elizabeth O. Hueber__
Elizabeth O. Hueber


SERVICE LIST

Jose F. Torres
Campbell & Malafy
10887 Overseas Hwy
Marathon, FL  33050-3454
Attorney for Defendants
(Tel)   305-743-2492
(Fax)   786.743.2432