# ADDITIONAL PLAINTIFF'S PROPOSED JURY INSTRUCTION (A)
## Work performed while traveling

Any work which an employee is required to perform while traveling must, of course, be counted as hours worked. An employee who drives a truck, bus, automobile, boat or airplane, or an employee who is required to ride therein as an assistant or helper, is working while riding, except during bona fide meal periods or when he is permitted to sleep in adequate facilities furnished by the employer.

29 C.F.R. § 785.41

GIVEN:
GIVEN AS MODIFIED:
WITHDRAWN:
REFUSED:

## ADDITIONAL PROPOSED JURY INSTRUCTION (B)
### Travel time to and from job sites

You must also determine whether the Plaintiffs should be compensated for travel time to and from different job sites.

Activities performed before or after the regular work shift, including travel time, are compensable only if they are integral and indispensable to the primary activity for which the Plaintiffs were employed.

*Dade County, Fla. v. Alvarez,* 124 F.3d 1380, 1383 (11th Cir.1997).

 

GIVEN:
GIVEN AS MODIFIED:
WITHDRAWN:
REFUSED: