UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-20716-CIV-TURNOFF

<u>CONSENT CASE</u>

YOJAN CABRERA, *and all others similarly situated* )
*under 29 U.S.C. § 216(b)*, )
)
   Plaintiff, )
vs. )
)
SPEED SERVICES, INC., )
SPEED CONSTRUCTION SERVICES, INC., )
JOHN M. HERNANDEZ, )
)
   Defendants. )
_____ )

<u>**MOTION FOR CONTINUANCE OF TRIAL**</u>

Plaintiff Yojan Cabrera ("Plaintiff"), by and through his undersigned counsel hereby moves this Court for a continuation of the trial date set for June 22, 2015, and in support thereof, state as follows:

1. This Court has set a jury trial for this matter to begin on October 5, 2015 via paperless order [DE 100].

2. The principal of the law firm of J.H. Zidell P.A. observes Simchat Torah, and pursuant to this religious belief, will close the office during those days. Plaintiff requests that this Court not hold trial to occur on the dates of October 5, 2015 and October 6, 2015 pursuant to this holiday. Defendants counsel has been advised of this issue and has consented to the relief of rescheduling the trial.

3. There are other dates that the parties ask that this Court consider. Defendants counsel advised that they are not available from October 12, 2015 to October 16, 2015. Further, attorney Julia M. Garrett, has a mandatory Florida Bar continuing legal education

1

requirement that cannot be rescheduled to occur on October 8, 2015. The parties request that these constraints be considered by the Court.

4. Plaintiff recognizes that this trial has already been delayed numerous times and appreciates the efforts that this Court has gone through to accommodate the parties and the threats of Mother Nature.

5. This Court has the inherent power and authority to modify its own trial schedule. Further, Fed.R.Civ.P. Rule 16(b)(4) permits this Court to modify the case's Scheduling Order based on "good cause and with the judge's consent."

6. There is good cause to modify this Scheduling Order. This is a matter of unavailability due to religious observance and not an issue of preparation or diligence. <u>Sosa v. Airprint Systems, Inc.</u>, 133 F. 3d 1417, 1418-19 (11th DCA 1998) (recognizing that a failure to be ready for trial is not "good cause" as an excuse for delaying trial).

*Wherefore* Plaintiff requests that this Court modify its Order [DE 100] and hold trial on a date other than October 5, 2015, October 6, 2015, order to accommodate Plaintiff's counsel's religious

Respectfully Submitted, this 4th day of September, 2015.

J.H. Zidell, P.A.
Attorney For Plaintiff
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865-7167
Email: Elizabeth.Hueber.Esq@gmail.com

By: /s/ Elizabeth O. Hueber
Elizabeth Olivia Hueber
Florida Bar Number: 0073061

## LOCAL RULE 7.1(a)(3) CONFERRAL CERTIFICATION

I certify that I have conferred with counsel for Defendants, and they have consented to the relief sought in this Motion. Defendants requested that this Court not set the trial to occur from October 12-16, 2015.

                                         Elizabeth O. Hueber /s/
                                         Elizabeth Olivia Hueber

## CERTIFICATE OF SERVICE

I certify that the above was served by this Court's electronic filing system on this 4th day of August, 2015 to the below recipients.

                               J.H. Zidell, P.A.
                               Attorney For Plaintiff
                               300 71st Street, Suite 605
                               Miami Beach, Florida 33141
                               Tel: (305) 865-6766
                               Fax: (305) 865-7167
                               Email: Elizabeth.Hueber.Esq@gmail.com

                               By:   /s/ Elizabeth O. Hueber
                               Elizabeth Olivia Hueber
                               Florida Bar Number: 0073061

## SERVICE LIST

John M. Hernandez and Leon Francisco Hirzel , IV
Hirzel & Dreyfuss, P.A.
333 SE 2nd Street, Suite 2000
Miami, FL 33131
(305) 615-1617
Fax: (305) 615-1585
 Email: leon.hirzel@hirzeldreyfuss.com
*Attorneys for Defendants*