UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-20716-CIV-TURNOFF

<u>CONSENT CASE</u>

| | |
|---|---|
| YOJAN CABRERA, *and all others similarly situated under 29 U.S.C. § 216(b)*, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| SPEED SERVICES, INC., SPEED CONSTRUCTION SERVICES, INC., JOHN M. HERNANDEZ, | ) ) ) ) |
| Defendants. | ) ) ) |
| _____ | ) |

**<u>STATEMENT OF CLAIM</u>**

Plaintiff Yojan Cabrera ("Plaintiff"), by and through his undersigned counsel hereby provides this Court a notice of his Statement of Claim:

1. Period 1:

    a. Time: July 20, 2010 – July 27, 2012

    b. Rate of pay: $12.50 per hour.

    c. Hours per week: 62.5

    d. Overtime hours: 22.5

    e. Half-time overtime premium owed per overtime hour: $6.25

    f. Time off taken:

        i. Trip to Cuba: 10 days, ~ February 2011

        ii. Absence: 6 months ~ February – December, 2011

        iii. Trip to Kansas City, Missouri: 7 days, 2011

1

        iv. Second Trip to Cuba: 1 week, February 2012.

   g. Total weeks during period: 105 weeks – 29 weeks time off = 76 weeks.

   h. 76 weeks x 22.5 hours per week x $6.25 = **$10,687.50**

2. Period 2:

   a. Time: July 27, 2012 – January 24, 2014:

   b. Rate of pay: $15.00 per hour.

   c. Hours per week: 62.5

   d. Overtime hours: 22.5

   e. Half-time overtime premium owed per overtime hour: $7.50

   f. Total weeks during period: 78 weeks

   g. 78 weeks x 22.5 hours per week x $7.50 = **$13,162.50**

3. **Total Claim: $23,850.00**

Respectfully Submitted, this 13th day of November, 2015.

J.H. Zidell, P.A.
Attorney For Plaintiff
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865-7167
Email: Elizabeth.Hueber.Esq@gmail.com

By:__/s/ Elizabeth O. Hueber_____
Elizabeth Olivia Hueber
Florida Bar Number: 0073061

## CERTIFICATE OF SERVICE

I certify that the above was served by this Court's electronic filing system on this November 13, 2015 to the below recipients.

J.H. Zidell, P.A.
 Attorney For Plaintiff
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865-7167
Email: Elizabeth.Hueber.Esq@gmail.com

By:__/s/ Elizabeth O. Hueber_____
Elizabeth Olivia Hueber
Florida Bar Number: 0073061

## SERVICE LIST

John M. Hernandez and Leon Francisco Hirzel , IV
Hirzel & Dreyfuss, P.A.
333 SE 2nd Street, Suite 2000
Miami, FL 33131
(305) 615-1617
Fax: (305) 615-1585
 Email: leon.hirzel@hirzeldreyfuss.com
*Attorneys for Defendants*