# VERDICT FORM

**Do you find from a preponderance of the evidence:**

**Overtime Wages**

    1.    That the Defendants failed to pay Plaintiff Yojan Cabrera overtime wages required by law for any of the workweeks that he was employed by the Defendants during the time period from February 26, 2011 – January 24, 2014?

Yes _____ No ✓

[Note: If your answer is Yes, you need to determine the dollar amount of his unpaid overtime wages in paragraph 3].

**Willful Or Reckless Disregard Conduct**

    2.    That the Defendants either knew or showed reckless disregard for the matter of whether their conduct was prohibited by the Fair Labor Standards Act's overtime wage and minimum wage requirements?

Yes _____ No ✓

**Damages as to Overtime Wages**

    3.    That Plaintiff Yojan Cabrera should be awarded $_____ ∅ _____ as to his damages for unpaid overtime wages under the Fair Labor Standards Act.

**SO SAY WE ALL.**

_____
JURY FOREPERSON

___11/18/15___
DATE