FILED BY ___HH___
Deputy Clerk
Jan 13, 2016
STEVEN M. LARIMORE
CLERK U.S. DISTRICT CT.
S.D. OF FLA. MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-20716-CIV-TURNOFF

<u>CONSENT CASE</u>

YOJAN CABRERA, *and all others similarly situated under 29 U.S.C. § 216(b)*,

    Plaintiff,

vs.

SPEED SERVICES, INC.,
SPEED CONSTRUCTION SERVICES, INC.,
JOHN M. HERNANDEZ,

    Defendants.

**<u>PLAINTIFF'S AMENDED NOTICE OF APPEAL</u>**

PLAINTIFF, through counsel, and hereby gives notice that he is appealing a Judgment entered December 22, 2015, and states as follows:

1. On December 18, 2015, Plaintiff filed a Notice of Appeal out of the overabundance of caution [DE 118], because the trial had concluded nearly 30 days prior. *See* Fed.R.App.P. Rule 4. Plaintiff was advised by the clerk that this Notice of Appeal was premature.

2. On December 22, 2015, the Court entered Final Judgment in this matter, creating an appealable ruling [DE 119].

3. Plaintiff seeks to amend the Notice of Appeal to refer to [DE 119].

4. The appealed subject matter, is that Plaintiff asserts that the jury instructions were erroneous and misled the jury to reach an improper verdict.

Wherefore, Plaintiff seeks to appeal [DE 118] so that it refers to the judgment [DE 119].

Dated this 7th day of January, 2016.

> J.H. Zidell, P.A.
>  Attorney For Plaintiff
> 300 71st Street, Suite 605
> Miami Beach, Florida 33141
> Tel: (305) 865-6766
> Fax: (305) 865-7167
> Email:
> Elizabeth.Hueber.Esq@gmail.com
>
> By:   /s/ Elizabeth O. Hueber
> Elizabeth Olivia Hueber
> Florida Bar Number: 0073061

## CERTIFICATE OF SERVICE

I certify that the above was served by this Court's electronic filing system on this 7th day of January 2016 to the below recipients.

> J.H. Zidell, P.A.
>  Attorney For Plaintiff
> 300 71st Street, Suite 605
> Miami Beach, Florida 33141
> Tel: (305) 865-6766
> Fax: (305) 865-7167
> Email:
> Elizabeth.Hueber.Esq@gmail.com
>
> By:   /s/ Elizabeth O. Hueber
> Elizabeth Olivia Hueber
> Florida Bar Number: 0073061

## SERVICE LIST

John M. Hernandez and Leon Francisco Hirzel , IV
Hirzel & Dreyfuss, P.A.
333 SE 2nd Street, Suite 2000
Miami, FL 33131
(305) 615-1617
Fax: (305) 615-1585
Email: leon.hirzel@hirzeldreyfuss.com
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-20716-CIV-TURNOFF

CONSENT CASE

YOJAN CABRERA, *and all others similarly situated* )
*under 29 U.S.C. § 216(b)*, )
)
       Plaintiff, )
vs. )
)
SPEED SERVICES, INC., )
SPEED CONSTRUCTION SERVICES, INC., )
JOHN M. HERNANDEZ, )
)
       Defendants. )
_____ )

### PLAINTIFF'S NOTICE OF APPEAL

COMES NOW THE PLAINTIFF, through counsel, and hereby gives notice that he is appealing a Judgment entered November 20, 2015, in regard to the Court's jury instructions [DE 113]. This appeal is made to the Eleventh Circuit Court of Appeals.

                              J.H. Zidell, P.A.
                              Attorney For Plaintiff
                              300 71st Street, Suite 605
                              Miami Beach, Florida 33141
                              Tel: (305) 865-6766
                              Fax: (305) 865-7167
                              Email:
                              Elizabeth.Hueber.Esq@gmail.com

                              By:   /s/ Elizabeth O. Hueber
                              Elizabeth Olivia Hueber
                              Florida Bar Number: 0073061

## CERTIFICATE OF SERVICE

I certify that the above was served by this Court's electronic filing system on this 18th day of December, 2015 to the below recipients.

                                                J.H. Zidell, P.A.
                                                Attorney For Plaintiff
                                                300 71st Street, Suite 605
                                                Miami Beach, Florida 33141
                                                Tel: (305) 865-6766
                                                Fax: (305) 865-7167
                                                Email:
                                                Elizabeth.Hueber.Esq@gmail.com

                                                By:   /s/ Elizabeth O. Hueber
                                                Elizabeth Olivia Hueber
                                                Florida Bar Number: 0073061

## SERVICE LIST

John M. Hernandez and Leon Francisco Hirzel , IV
Hirzel & Dreyfuss, P.A.
333 SE 2nd Street, Suite 2000
Miami, FL 33131
(305) 615-1617
Fax: (305) 615-1585
                    Email: leon.hirzel@hirzeldreyfuss.com
                            *Attorneys for Defendants*